**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1557**

---

JACOB WEARING,

Plaintiff - Appellant,

versus

MALCOLM J. HOWARD, U.S. District Court Judge,

Defendant - Appellee.

---

**No. 04-1558**

---

JACOB WEARING,

Plaintiff - Appellant,

versus

BOVIS LEND LEASE, INCORPORATED,

Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-03-548-5-BO; CA-03-547-5-BO)

---

Submitted: August 18, 2004      Decided: September 17, 2004

---

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jacob Wearing, Appellant Pro Se. Nigle Bruce Barrow, Jr., Raleigh, North Carolina, for Appellee Bovis Lend Lease.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jacob Wearing appeals the district court's orders dismissing his civil action against Judge Malcolm J. Howard pursuant to 28 U.S.C. § 1915(e)(2) (2000), and dismissing his employment discrimination action on the ground of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wearing v. Howard, No. CA-03-548-5-BO (E.D.N.C. Mar. 15, 2004); Wearing v. Bovis Lend Lease, Inc., No. CA-03-547-5-BO (E.D.N.C. Mar. 20, 2004). We deny Wearing's motions for general relief and for a jury trial and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -